No. 813. LEWIS *v.* LOUISIANA. March 31, 1941. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis,* denied. *Annie C. Lewis, pro se.*

No. 777. ILLINOIS EX REL. LEAF, COUNTY TREASURER, *v.* ORVIS. March 31, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied for the want of a final judgment. *Messrs. Werner W. Schroeder* and *Hamilton K. Beebe* for petitioner. *Mr. Nelson Trottman* for respondent.

No. 783. EWING *v.* NATIONAL AIRPORT CORPORATION. March 31, 1941. The motion to consider the petition on appendices to briefs filed in the Circuit Court of Appeals is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is denied. *Messrs. William E. Leahy* and *William J. Hughes, Jr.* for petitioner. *Mr. Albert V. Bryan* for respondent.

No. 756. CARPENTER ET AL. *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES. March 31, 1941. The motion for leave to use the record in *Carpenter* v. *Hamilton,* 311 U. S. 656, is granted. The petition for writ of certiorari to the Supreme Court of California is denied. *Mr. A. L. Wirin* for petitioners. *Mr. W. B. McKesson* for respondent.

No. 768. DIXON ET AL. *v.* UNITED STATES. March 31, 1941. Petition for writ of certiorari to the Circuit Court